**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

TANYA MAY,

        Plaintiff,

vs.                                                      Case No. 3:16-cv-587-J-32JRK

FLUOR FEDERAL SOLUTIONS, LLC, etc.,

        Defendant.

**ORDER**

Having dismissed the United States as a party, plaintiff filed a second amended complaint on September 23, 2016, naming Fluor Federal Solutions, LLC, as the only defendant and alleging diversity as the sole basis for the Court to exercise subject matter jurisdiction.[1] Doc. 22. "Diversity jurisdiction requires complete diversity; every plaintiff must be diverse from every defendant." Flintlock Constr. Servs., LLC v. Well-Come Holdings, LLC, 710 F.3d 1221, 1224 (11th Cir. 2013) (quoting Triggs v. John Crump Toyota, Inc., 154 F.3d 1284, 1287 (11th Cir. 1998)). The citizenship of limited liability companies depends on the citizenship of each member. See Rolling Greens MHP, L.P. v. Comcast SCH Holdings, L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Additionally, while plaintiff alleges that she is a "resident" of Florida, "[c]itizenship, not residence, is the key fact that must be alleged in the

---

[1] Plaintiff originally proceeded under the Federal Tort Claims Act, 28 U.S.C. § 2671, et seq., and the Court exercised jurisdiction pursuant to 28 U.S.C. § 1346(b)(1). Doc. 1. Although plaintiff's second amended complaint did not explicitly allege that she is relying on diversity jurisdiction and did not cite 28 U.S.C. § 1332, by alleging that the amount in controversy exceeds $75,000 and that Fluor is located in South Carolina whereas May is a resident of Florida, the Court presumes she intends to proceed under diversity jurisdiction.

complaint to establish diversity for a natural person." Taylor v. Appleton, 30 F.3d 1364, 1367 (11th Cir. 1994).

Plaintiff shall therefore file a certificate of interested parties or some other supplemental filing no later than **November 15, 2016** stating the names and citizenship of each LLC member of Fluor Federal Solutions, LLC, and stating whether plaintiff is a citizen of Florida.

**DONE AND ORDERED** at Jacksonville, Florida this 26th day of September, 2016.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

counsel of record